UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X          21-CV-8597 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:      RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Lula Hairston
BANKRUPTCY DOCUMENT #: 9543

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      _X_ FRBP 8009
      ___ Federal Rules of Civil Procedure (Rule _____)
      _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 23, 2022**                                    Vito Genna, Clerk
         New York, New York                     U.S. Bankruptcy Court, SDNY

                                                                        By:    _s/ Anatin Rouzeau_
                                                                                       Deputy Clerk

**ORDER**

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 23_____ 20_22_                            _____
        New York, New York                                 Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                 Ruby J. Krajick , Clerk
                                                                      District Court, SDNY

                                                                         By: _____
                                                                              Deputy Clerk